The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, DEPARTMENT OF HEALTH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE GEO GROUP, INC.,<br><br>　　　　　Defendant. | NO. 3:24-cv-05029-BHS<br><br>JOINT MOTION AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 1, 2024<br><br>CLERK'S ACTION REQUIRED |

JOINT MOTION AND AGREED ORDER
NO. 3:24-CV-05029-BHS

i

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  Both the Department of Health and GEO jointly request the Court order the Clerk to strike Dkt. #28-9, remove it from the record, and replace it with the attached document. The Department inadvertently filed an unredacted version of GEO's contract with ICE in support of its motion for a preliminary injunction, which contains confidential information subject to a protective order. Instead of Dkt. #28-9, the Department requests the document attached to this joint motion be filed, which is a redacted version of the same contract.

IT IS SO ORDERED, and the Clerk is directed to take the foregoing actions, this 1st day of March, 2024.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ Ellen Range*
ELLEN RANGE, WSBA 51334
*Assistant Attorney General*
7141 Cleanwater Drive SW
Olympia, WA 98501-0111
(360) 586-6314
Ellen.Range@atg.wa.gov

MARSHA CHIEN, WSBA 47020
CRISTINA SEPE, WSBA 53609
*Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Marsha.Chien@atg.wa.gov
Cristina.Sepe@atg.wa.gov

ANDREW HUGHES, WSBA 49515
*Assistant Attorney General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

JOINT MOTION AND AGREED ORDER
NO. 3:24-CV-05029-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

| | |
|---|---|
| 1 | (206) 464-7744 |
| 2 | Andrew.Hughes@atg.wa.gov |
| 3 | LISA KELLEY CHRISTENSEN, WSBA 21240<br>*Assistant Attorney General* |
| 4 | 7141 Cleanwater Drive SW<br>Olympia, WA 98501-6503 |
| 5 | (360) 586-7879<br>Lisa.Kelley@atg.wa.gov |
| 6 | *Attorneys for Department of Health* |
| 7 | /s/ Harry J. F. Korrell<br>Harry J. F. Korrell |
| 8 | John G. Hodges-Howell<br>Davis Wright Tremaine LLP |
| 9 | 920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610 |
| 10 | (206)757-8080<br>harrykorrell@dwt.com |
| 11 | jhodgeshowell@dwt.com<br>*Attorneys for GEO* |

JOINT MOTION AND AGREED ORDER  
NO. 3:24-CV-05029-BHS

2

ATTORNEY GENERAL OF WASHINGTON  
1125 Washington Street SE  
PO Box 40100  
Olympia, WA 98504-0100  
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 1st day of March 2024 at Tumwater, Washington.

*/s/ Ellen Range*
ELLEN RANGE, WSBA No. 51334
Assistant Attorney General

JOINT MOTION AND AGREED ORDER
NO. 3:24-CV-05029-BHS

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200