The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

STATE OF WASHINGTON,
DEPARTMENT OF HEALTH,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

NO.  3:24-cv-05029-BHS

STIPULATED MOTION AND
ORDER TO EXTEND CASE
SCHEDULE ORDER DATES

NOTE ON MOTION CALENDAR:
MARCH 19, 2024

## I.    MOTION

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and Local Civil Rules 7(d)(1) and 10(g), the parties to the above-captioned case, by and through their undersigned attorneys, have stipulated to and hereby jointly request the Court's approval of an extension of time, of sixty (60) days after the Court issues an order deciding Plaintiff's remand motion, to the case schedule deadlines in this matter, and in support thereof, further state as follows:

1.    Plaintiff's Complaint for Injunctive Relief was filed in Thurston County Superior Court on December 18, 2023. Dkt. #1-1.

2.    The GEO Group, Inc. (GEO) filed a Notice of Removal on January 9, 2024. Dkt. #1.

3.    On January 11, 2024, the Court issued its Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions and Early Settlement (Scheduling Order). Dkt. #6.

STIPULATED MOTION AND ORDER
TO EXTEND CASE SCHEDULE ORDER
DATES
NO.  3:24-cv-05029-BHS

1

4. On January 18, 2024, GEO filed its Answer, Assertion of Immunity from Suit, and Defenses to Plaintiff's Complaint. Dkt. #7.

5. On February 8, 2024, Plaintiff filed a Motion for Remand. Dkt. #10. Defendant opposed this motion. Dkt. #17.

6. On February 29, 2024, Plaintiff filed a Motion for a Preliminary Injunction noted for March 22, 2024. Dkt. #24, 32. Defendant opposed this motion. Dkt. #37.

7. The Scheduling Order establishes deadlines of March 27, 2024, for the Fed. R. Civ. P. 26(f) conference, April 3, 2024, for exchanging initial disclosures, and April 10, 2024, for filing the Combined Joint Status Report and Discovery Plan.

8. The undersigned counsel have conferred concerning the length of the aforementioned extension of the Scheduling Order, Dkt. #6, and agree that an additional sixty (60) days following the Court's remand order, will likely be sufficient to allow for counsel to confer and then exchange initial disclosures. Counsel therefore jointly request that all Scheduling Order dates be extended by sixty (60) days following this Court's remand order.

9. No party will be unfairly prejudiced by such relief. Should this Court remand this matter back to state court, all parties will be saved expenditures and time related to formulating a discovery plan and providing initial disclosures required by Federal Rules of Civil Procedure. Moreover, this extension will not require expenditure of the Court's time or resources.

**WHEREFORE**, the Plaintiff and Defendant jointly request that their Stipulated Motion be granted, that the Court order the Scheduling Order dates be extended by sixty (60) days, following the Court's remand order.

## II.    STIPULATION

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that this Court should enter an order providing that:

STIPULATED MOTION AND ORDER
TO EXTEND CASE SCHEDULE ORDER
DATES
NO.  3:24-cv-05029-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1.    All dates from the Scheduling Order shall be extended by sixty (60) days, following the Court's order on Plaintiff's Motion for Remand, Dkt. #10, if the Court retains the case.

It is SO AGREED this 19th day of March, 2024.

ROBERT W. FERGUSON
Attorney General

*s/Marsha Chien*
MARSHA CHIEN, WSBA 47020
CRISTINA SEPE, WSBA 53609
*Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Marsha.Chien@atg.wa.gov
Cristina.Sepe@atg.wa.gov

ELLEN RANGE, WSBA 51334
*Assistant Attorney General*
7141 Cleanwater Drive SW
Olympia, WA 98501-0111
(360) 586-6314
Ellen.Range@atg.wa.gov

ANDREW HUGHES, WSBA 49515
*Assistant Attorney General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
Andrew.Hughes@atg.wa.gov

LISA KELLEY CHRISTENSEN, WSBA 21240
*Assistant Attorney General*
7141 Cleanwater Drive SW
Olympia, WA 98501-6503
(360) 586-7879
Lisa.Kelley@atg.wa.gov

*Attorneys for Department of Health*

*s/Harry J.F. Korrell*
HARRY J. F. KORRELL, WSBA No. 23173
JOHN G. HODGES-HOWELL, WSBA No. 42151
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206.622.3150
Email: harrykorrell@dwt.com
Email: jhodgeshowell@dwt.com

SCOTT ALLYN SCHIPMA
        Admitted *pro hac vice*
JOSEPH NEGRON, JR.
        Admitted *pro hac vice*
4955 Technology Way
Boca Raton, FL 99431
Phone: 561.999.7615
Email: scott.schipma@geogroup.com
Email: jnegron@geogroup.com

*Attorneys for Defendant
The Geo Group, Inc.*

STIPULATED MOTION AND ORDER
TO EXTEND CASE SCHEDULE ORDER
DATES
NO.  3:24-cv-05029-BHS

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

# ORDER

Having reviewed the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED:

All case deadlines from the Scheduling Order, Dkt. #6, shall be extended by sixty (60) days, following this Court's order on Plaintiff's Motion for Remand, Dkt. #10, if the Court retains the case.

IT IS SO ORDERED.

DATED this 21st day of March, 2024.

BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND ORDER
TO EXTEND CASE SCHEDULE ORDER
DATES
NO. 3:24-CV-05029-BHS

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 19th day of March 2024, at Olympia, Washington.

*s/Kelsi Zweifel*
Kelsi Zweifel
*Confidential Secretary*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-4111
Kelsi.Zweifel@atg.wa.gov

STIPULATED MOTION AND ORDER
TO EXTEND CASE SCHEDULE ORDER
DATES
NO. 3:24-CV-05029-BHS

5

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200