The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, DEPARTMENT OF HEALTH,<br><br>              Plaintiff,<br><br>   v.<br><br>THE GEO GROUP, INC.,<br><br>              Defendant. | No. 3:24-cv-05029-BHS<br><br>STIPULATED MOTION FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER<br><br>NOTE ON MOTION CALENDAR: SEPTEMEBER 6, 2024 |

STIPULATED MOTION FOR
VOLUNTARY DISMISSAL AND
[PROPOSED] ORDER
NO. 3:24-CV-05029-BHS

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

In July 2024, the Court denied the Washington Department of Health's motion to remand and denied the Department's motion for a preliminary injunction for lack of standing. Dkt. No. 49. Additionally, the Court "encourage[d] the parties to consult and agree on a resolution to this case in light of [the] order." *Id.* Having done so, the parties now hereby stipulate to the voluntary dismissal of this action under Fed. R. Civ. P. 41(2).

DATED this 6th day of September 2024.

I certify that this memorandum contains 73 words, in compliance with the Local Civil Rules.

ROBERT W. FERGUSON
   *Attorney General*

s/ Marsha Chien
MARSHA CHIEN, WSBA 47020
CRISTINA SEPE, WSBA 53609
   *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Marsha.Chien@atg.wa.gov
Cristina.Sepe@atg.wa.gov

ANDREW HUGHES, WSBA 49515
   *Assistant Attorney General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
Andrew.Hughes@atg.wa.gov

*Counsel for State of Washington, Department of Health*

ELLEN RANGE, WSBA 51334
   *Assistant Attorney General*
7141 Cleanwater Drive SW
Olympia, WA 98501-0111
(360) 586-6314
Ellen.Range@atg.wa.gov

*Counsel for State of Washington, Department of Health*

/s/ Harry J. F. Korrell
Harry J. F. Korrell, WSBA No. 23173
John G. Hodges-Howell, WSBA No 42151
Davis Wright Tremaine LLP
920 Fifth Avenue, Ste. 3300
Seattle, WA 98104-1610
Phone: 206.622.31550
Email: harrykorrell@dwt.com
Email: jhodgeshowell@dwt.com

/s/ Scott Allyn Schipma
Scott Allyn Schipma (Admitted *pro hac vice*)
Joseph Negron, Jr. (Admitted *pro hac vice*)
4955 Technology Way
Boca Raton, FL 99431
Phone: 561.999.7615
Email: scott.schipma@geogroup.com
Email: jnegron@geogroup.com

*Attorneys for Defendant*

STIPULATED MOTION FOR
VOLUNTARY DISMISSAL AND
[PROPOSED] ORDER
NO. 3:24-CV-05029-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## [PROPOSED] ORDER

Having reviewed the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED: This matter is voluntarily dismissed without prejudice.

IT IS ORDERED.

Dated this _____ day of September 2024.

_____
THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION FOR
VOLUNTARY DISMISSAL AND
[PROPOSED] ORDER
NO. 3:24-CV-05029-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200